IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN KINGSTON,<br><br>    Plaintiff,<br>  v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO, N.A.,<br><br>    Defendant.<br>_____/ | No. C 13-04181 RS<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER AS MOOT AND SETTING PRELIMINARY INJUNCTION HEARING** |

Plaintiff seeks a temporary restraining order to enjoin a foreclosure sale of her residence, which was scheduled for September 26, 2013.[1] Prior to removal of this action, the state court issued such a restraining order, and had scheduled a preliminary injunction hearing. The record indicates the parties made some attempts after the removal to reach scheduling agreements that would have avoided this application, and are commended for those efforts. After this application was filed, defendant advised the Court that the sale has been postponed to October 10, 2013.

---

[1] While plaintiff characterizes her present application as "ex parte," she in fact filed it through ECF, thereby automatically giving notice. She also provided some advance notice of her intent to file.

Defendant will be held to its representation that the foreclosure sale will not go forward prior to October 10, 2013. With that understanding, the application for a temporary restraining order is denied as moot. Plaintiff's application for a preliminary injunction will be heard on October 9, 2013 at 2:00 p.m. Defendant may file written opposition no later than October 3, 2013. Plaintiff may file any reply no later than Noon, on October 7, 2013. The Court reserves the right to take the matter under submission without oral argument. Notwithstanding this schedule, the parties are strongly encouraged to engage in further meet and confer to attempt to avoid additional proceedings regarding any injunctive relief, for example by reaching an agreement that the foreclosure sale will be postponed until after defendant's motion to dismiss and/or plaintiff's planned motion to remand can be decided.

IT IS SO ORDERED.

Dated: 9/25/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE