Robert A. Bailey (# 214688)
  rbailey@afrct.com
Kenneth A. Franklin (# 143809)
  kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
(erroneously sued as "Wells Fargo Home
Mortgage") ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JO ANN KINGSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO, N.A., and DOES 1 to 50,<br><br>Defendants. | CASE NO.: 3:13-CV-04181-RS<br><br>[The Honorable Richard Seeborg]<br><br>**STIPULATION TO WITHDRAW THE REQUEST FOR A PRELIMINARY INJUNCTION AND FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND ORDER** |

  Plaintiff Jo Ann Kingston ("plaintiff"), and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their attorneys of record, hereby submit this stipulation and proposed order to withdraw plaintiff's application for a preliminary injunction and to allow plaintiff to file a first amended complaint as follows:

  WHEREAS, on October 9, 2013 a hearing was held on plaintiff's request for a

preliminary injunction. In support of the preliminary injunction plaintiff asserted that Wells Fargo was proceeding with a foreclosure while an appeal of a the loan modification denial was pending. Wells Fargo presented evidence that the appeal of the loan modification application was timely processed, denied and proper notice was provided to plaintiff;

WHEREAS, plaintiff requested leave to file an amended complaint and to file supplemental briefing in support of her request for a preliminary injunction. The Court granted plaintiff's request and ordered plaintiff's supplemental briefing and amended complaint be filed by October 16, 2013, but provided that the parties could meet and confer on an alternative briefing schedules. (Document no. 23.);

WHEREAS, Wells Fargo fully complied with its obligation to conduct an appeal of its denial of plaintiff's loan modification application. During that loan modification appeal process, plaintiff was invited to submit additional documentation, which plaintiff failed to do; and

WHEREAS, Wells Fargo has agreed to reopen the appeal of the loan modification denial and to allow plaintiff to submit documentation to support her appeal.

### STIPULATION

**IT IS HEREBY STIPULATED** as follows, subject to the Court's consent:

1. Plaintiff's request for a preliminary injunction is hereby withdrawn;

2. Wells Fargo shall review the loan modification the appeal and denial issued on July 22, 2013;

3. Plaintiff shall have until November 15, 2013 to submit to Wells Fargo, through its counsel, any documents she deems necessary and appropriate for Wells Fargo to consider in reviewing the denial of her loan modification appeal on July 22, 2013;

4. If no documents are submitted by plaintiff, Wells Fargo shall have no obligation to review that loan modification appeal and denial issued on July 22, 2013;

5. Wells Fargo shall conduct a trustee's sale of plaintiff's property located at 3934 Greenwood Avenue, Oakland, California no sooner than 15 days after it has advised plaintiff's counsel of the results of its review of the loan modification appeal and denial issued on July 22, 2013;

6. Plaintiff's first amended complaint shall be filed on or before December 13, 2013, and if not filed on or before that date, this action shall be dismissed with prejudice; and

7. Wells Fargo's motion to dismiss the current complaint is withdrawn.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 15, 2013

By: /s/ Robert Bloom
Robert Bloom
bbloom222@hotmail.com.com
Attorney for Plaintiff
JO ANN KINSTON

Respectfully submitted,

Dated: October 15, 2013

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Kenneth A. Franklin
Kenneth A. Franklin
kfranklin@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo Home Mortgage") ("Wells Fargo")

**ORDER**

The above stipulation is hereby approved by the Court and all pending motions are hereby withdrawn and all previously established dates are hereby vacated.

IT IS SO ORDERED.

DATED: 10/16/13

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE