ROBERT BLOOM
Attorney for Plaintiff
1514 10th Street
Berkeley, CA 94710

510-898-1928

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN KINGSTON, | ) Case No.: |
| | )      3:13-CV- 04181-RS |
| Plaintiff, | ) |
| | ) STIPULATION TO |
| v. | ) CONTINUE DATE TO FILE |
| | ) FIRST AMENDED |
| WELLS FARGO HOME | ) COMPLAINT AND REPLY |
| MORTGAGE, | ) |
| Defendant | ) |
| _____x | |

Plaintiff Kingston and Defendant Wells Fargo Bank N.A. ("Wells Fargo") by and through their attorneys of record hereby submit this Stipulation and Proposed Order to continue the date by which Plaintiff is to file her First Amended Complaint.

By previous Stipulation filed October 16, 2013, the parties agreed, *inter alia*, with the approval of the Court, that Plaintiff would file her First

Amended Complaint on or before December 13, 2013. The original date of December 13 was established to allow Plaintiff sufficient time to submit additional documents to Wells Fargo and to allow Wells Fargo sufficient time to reevaluate the denial of Plaintiff's loan modification request. Wells Fargo received Plaintiff's additional documentation on December 2, 2013, and has not yet had time to render a decision on Plaintiff's loan modification request. It is anticipated that the decision of Wells Fargo will affect Plaintiff's desire to proceed with this action or claims that Plaintiff will pursue in the First Amended Complaint.

There have been negotiations between the parties that require additional time to resolve, and the parties agree and stipulate that it would serve the interest of the parties and the Court if the date by which Plaintiff must file her First Amended Complaint is continued to January 3, 2014 and that Defendant's Reply date be continued to January 17, 2014.

IT IS SO STIPULATED

Respectfully submitted,

By: /s/ Robert Bloom

Attorney for Plaintiff  Kingston

By: /s/ Kenneth A. Franklin

Attorney for Defendant Wells Fargo

Dated: December 12, 2013

## ORDER

The above Stipulation is hereby approved by the Court. Previously established dates are hereby vacated.

IT IS SO ORDERED

DATED: 12/12/13 _____

_____

Hon. RICHARD SEEBORG
JUDGE OF THE UNITED STATES
DISTRICT COURT