1   Robert A. Bailey (# 214688)
      rbailey@afrct.com
2   Kenneth A. Franklin (# 143809)
      kfranklin@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
4   199 South Los Robles Avenue, Suite 600
    Pasadena, California 91101-2459
5   Telephone:  (626) 535-1900
    Facsimile:   (626) 577-7764

6

7   Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
    by merger with Wells Fargo Bank
8   Southwest, N.A., f/k/a Wachovia Mortgage,
    FSB, f/k/a World Savings Bank, FSB
9   (erroneously sued as "Wells Fargo Home
    Mortgage") ("Wells Fargo")

10

                  UNITED STATES DISTRICT COURT

11

          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

12

13

    JO ANN KINGSTON, an individual,          CASE NO.:  3:13-CV-04181-RS
14
                    Plaintiff,               [The Honorable Richard Seeborg]
15
           v.                                **STIPULATION TO 1) EXTEND TIME TO
16                                           FILE FIRST AMENDED COMPLAINT
    WELLS FARGO HOME MORTGAGE, A             AND 2) TO CONTINUE THE CASE
17  DIVISION OF WELLS FARGO, N.A., and       MANAGEMENT CONFERENCE AND
    DOES 1 to 50,                            [~~PROPOSED~~] ORDER**
18
                    Defendants.
19

20

21

22          Plaintiff Jo Ann Kingston ("plaintiff"), and defendant Wells Fargo Bank, N.A., successor

23  by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage,

24  FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their

25  attorneys of record, hereby submit this stipulation and proposed order as follows:

26          **WHEREAS**, Plaintiff's first amended complaint is currently due on January 3, 2014.

27  That date was established by stipulation of the parties and consent of the Court.

28  / / /

*ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP*

1       **WHEREAS**, a case management conference is currently scheduled for January 9, 2014.

2       **WHEREAS**, the parties have engaged in ADR with Daniel Bowling through the Court's

3 ADR program. Whereas, a further ADR session is scheduled for January 16, 2014 with

4 Mr. Bowling. Whereas, the parties desire to complete the ADR process before proceeding with

5 the litigation; and

6       **WHEREAS**, the parties stipulate, subject to the Court's consent, that the first amended

7 complaint shall be filed on or before January 30, 2014. The parties further request that the Court

8 reschedule the case management conference to a date after the filing of the first amended

9 complaint.

10                  **STIPULATION**

11    **IT IS HEREBY STIPULATED** as follows, subject to the Court's consent:

12    1.     Plaintiff's first amended complaint shall be filed on or before January 30, 2014;

13    2.     The case management conference shall be continued to a date after January 30,

14 2013 as the Court shall set.

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  December 19, 2013

By:   /s/ Robert Bloom
     Robert Bloom
     bbloom222@hotmail.com.com
Attorney for Plaintiff
JO ANN KINSTON

Respectfully submitted,

Dated:  December 19, 2013

ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP

By:   /s/ Kenneth A. Franklin
     Kenneth A. Franklin
     kfranklin@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by
merger with Wells Fargo Bank Southwest, N.A.,
f/k/a Wachovia Mortgage, FSB, f/k/a World
Savings Bank, FSB (erroneously sued as "Wells
Fargo Home Mortgage") ("Wells Fargo")

**ORDER**

The above stipulation is hereby approved by the Court.  The case management conference is continued until  February 20, 2014  ~~, or as established by the Court pursuant to separate notice~~.

**IT IS SO ORDERED**.

DATED:   12/19/13

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

CASE NO.:  3:13-CV-04181-RS
STIP TO WITHDRAW REQUEST FOR PI AND
LEAVE TO FILE FIRST AMENDED COMP