ROBERT BLOOM
Attorney for Plaintiff
1514 10th Street
Berkeley, CA 94710

510-898-1928

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN KINGSTON, | ) Case No.: |
| | )     3:13-CV- 04181-RS |
| Plaintiff, | ) |
| | )STIPULATION TO |
| v. | )CONTINUE DATE TO FILE |
| | )FIRST AMENDED |
| WELLS FARGO HOME MORTGAGE, | )COMPLAINT AND REPLY |
| | ) |
| Defendant | ) |
| _____ | x |

Plaintiff Kingston and Defendant Wells Fargo by and through their attorneys of record hereby submit this Stipulation and Proposed Order to continue the date by which Plaintiff is to file her First Amended Complaint to March 4, 2014 and to extend the reply date to March 25, 2014.

By previous Stipulation filed October 16, 2013, the parties agreed, with the approval of the Court, that Plaintiff would file her First Amended

Complaint on or before December 13, 2013. Per a December 12, 2013 stipulation, the filing date for the First Amended Petition was extended to January 30, 2014.

There have been ongoing negotiations between the parties that require additional time to resolve, and the parties agree and stipulate that it would serve the interest of the parties and the Court if the date by which Plaintiff must file her First Amended Complaint is continued to March 4, 2014, and that Defendant's Reply date be continued to March 25, 2014.

A further factor is that the undersigned counsel for plaintiff is scheduled to have back surgery February 14, 2014.

   IT IS SO STIPULATED

                Respectfully submitted,

                By: /s/ Robert Bloom

                    Attorney for Plaintiff Kingston

                By: /s/ Kenneth A. Franklin

                    Attorney for Defendant Wells Fargo

Dated: January 28, 2014

ORDER

The above Stipulation is hereby approved by the Court. The date for plaintiff to file her First Amended Complaint is extended to March 4, 2014, and the reply date is extended to March 25, 2014. Previously established dates are hereby vacated.

IT IS SO ORDERED

DATED: 1/29/14

_____

Hon. RICHARD SEEBORG

JUDGE OF THE UNITED STATES

DISTRICT COURT