ROBERT BLOOM
Attorney for Plaintiff
1514 10th Street
Berkeley, CA 94710

510-898-1928

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN KINGSTON, | ) Case No.: |
| | )     3:13-CV- 04181-RS |
| Plaintiff, | ) ORDER |
| | )STIPULATION TO |
| v. | )CONTINUE DATE TO FILE |
| | )FIRST AMENDED |
| WELLS FARGO HOME | )COMPLAINT AND REPLY |
| MORTGAGE, | ) |
| Defendant | ) |
| _____ | x |

Plaintiff Kingston and Defendant Wells Fargo by and through their attorneys of record hereby submit this Stipulation and Proposed Order to continue the date by which Plaintiff is to file her First Amended Complaint to March 10, 2014 and to extend the reply date to March 31, 2014.

By previous Stipulation filed October 16, 2013, the parties agreed, with the approval of the Court, that Plaintiff would file her First Amended

Complaint on or before December 13, 2013. Per a December 12, 2013 stipulation, the filing date for the First Amended Petition was extended to January 30, 2014. Per a further stipulation on or about January 29, 2014, the filing date for the First Amended Petition was extended to March 4, 2014.

There have been ongoing negotiations between the parties that require additional time to resolve, and the parties agree and stipulate that it would serve the interest of the parties and the Court if the date by which Plaintiff must file her First Amended Complaint is continued to March 10, 2014, and that Defendant's Reply date be continued to March 31, 2014.

IT IS SO STIPULATED

Respectfully submitted,

By: /s/ Robert Bloom

Attorney for Plaintiff Kingston

By: /s/ Kenneth A. Franklin

Attorney for Defendant Wells Fargo

Dated: February 28, 2014

ORDER

The above Stipulation is hereby approved by the Court. The date for plaintiff to file her First Amended Complaint is extended to March 10, 2014, and the reply date is extended to March 31, 2014. Previously established dates are hereby vacated.

IT IS SO ORDERED

DATED: __2/28/14_____

_____

Hon. RICHARD SEEBORG

JUDGE OF THE UNITED STATES

DISTRICT COURT