1  Robert A. Bailey (# 214688)
     rbailey@afrct.com
2  Kenneth A. Franklin (# 143809)
     kfranklin@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Telephone: (626) 535-1900
   Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
(erroneously sued as "Wells Fargo Home
Mortgage") ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JO ANN KINGSTON, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO, N.A., and DOES 1 to 50,<br><br>      Defendants. | CASE NO.: 3:13-CV-04181-RS<br><br>[The Honorable Richard Seeborg]<br><br>**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff Jo Ann Kingston ("plaintiff"), and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their attorneys of record, hereby submit this stipulation and proposed order as follows:

**WHEREAS**, Plaintiff's first amended complaint is currently due on March 10, 2014. That date was established by stipulation of the parties and consent of the Court and has been continued several times.

1  **WHEREAS**, the parties have engaged in ADR with Daniel Bowling through the Court's
2  ADR program.  Whereas, a further ADR session is scheduled for March 11, 2014 with
3  Mr. Bowling.  Whereas, the parties desire to complete the ADR process before proceeding with
4  the litigation; and

5  **WHEREAS**, the parties stipulate, subject to the Court's consent, that the first amended
6  complaint shall be filed on or before March 17, 2014.

7  **STIPULATION**

8  **IT IS HEREBY STIPULATED** as follows, subject to the Court's consent:

9  Plaintiff's first amended complaint shall be filed on or before March 17, 2014.

10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  **IT IS SO STIPULATED.**

2  Respectfully submitted,

3  Dated: March 10, 2014

5  By: ___/s/ Robert Bloom_____
    Robert Bloom
6   bbloom222@hotmail.com.com
    Attorney for Plaintiff
7   JO ANN KINSTON

8  Respectfully submitted,

9  Dated: March 10, 2014       ANGLIN, FLEWELLING, RASMUSSEN,
10                                CAMPBELL & TRYTTEN LLP

12  By: ___/s/ Kenneth A. Franklin_____
     Kenneth A. Franklin
13   kfranklin@afrct.com
     Attorneys for Defendant
14   WELLS FARGO BANK, N.A., successor by
     merger with Wells Fargo Bank Southwest, N.A.,
15   f/k/a Wachovia Mortgage, FSB, f/k/a World
     Savings Bank, FSB (erroneously sued as "Wells
16   Fargo Home Mortgage") ("Wells Fargo")

17                        **ORDER**

18  The above stipulation is hereby approved by the Court.

19  **IT IS SO ORDERED.**

21  DATED: _3/10/14_____

22  THE HON. RICHARD SEEBORG
    UNITED STATES DISTRICT COURT JUDGE

*Left margin:* ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP