1 | Robert A. Bailey (# 214688)
    rbailey@afrct.com
2 | Kenneth A. Franklin (# 143809)
    kfranklin@afrct.com
3 | ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
4 | 199 South Los Robles Avenue, Suite 600
    Pasadena, California 91101-2459
5 | Telephone: (626) 535-1900
    Facsimile: (626) 577-7764
6 |
7 | Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
    by merger with Wells Fargo Bank
8 | Southwest, N.A., f/k/a Wachovia Mortgage,
    FSB, f/k/a World Savings Bank, FSB
9 | (erroneously sued as "Wells Fargo Home
    Mortgage") ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| JO ANN KINGSTON, an individual, | CASE NO.: 3:13-CV-04181-RS |
|---|---|
| Plaintiff, | [The Honorable Richard Seeborg] |
| v. | |
| WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO, N.A., and DOES 1 to 50, | STIPULATION EXTENDING THE TIME TO FILE THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER |
| Defendants. | |

Plaintiff Jo Ann Kingston ("plaintiff"), and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their attorneys of record, hereby submit this stipulation and proposed order extending the time for plaintiff to file her first amended complaint as follows:

WHEREAS, on October 9, 2013 a hearing was held on plaintiff's request for a preliminary injunction (the "PI Hearing"). In support of the preliminary injunction plaintiff asserted that Wells Fargo was proceeding with a foreclosure while an appeal of a loan

1  modification denial was pending. Wells Fargo presented evidence that the appeal of the loan
2  modification denial was timely processed, denied and that proper notice was provided to
3  plaintiff. Evidence was also presented during that loan modification appeal process that plaintiff
4  was invited to submit additional documentation, which plaintiff failed to do.
5       WHEREAS, at the PI Hearing plaintiff requested leave to file an amended complaint and
6  supplemental briefing in support of her request for a preliminary injunction. The Court granted
7  plaintiff's request to file an amended complaint and to file supplemental briefing and ordered
8  plaintiff's supplemental briefing and amended complaint be filed by October 16, 2013.
9  (Document no. 23.);
10      WHEREAS, instead of a further PI Hearing, the parties stipulated that plaintiff could
11 submit additional documents to Wells Fargo in support of her request for a loan modification and
12 that Wells Fargo would review the denial of her loan modification appeal. (Document no. 25.);
13      WHEREAS, plaintiff submitted additional documents to Wells Fargo and Wells Fargo
14 reviewed those documents and reevaluated the denial of her loan modification appeal.
15 Notwithstanding the additional documents submitted by plaintiff and the additional review by
16 Wells Fargo, Wells Fargo concluded that plaintiff is not eligible for a loan modification.
17 Plaintiff's counsel was notified of the denial on March 11, 2014;
18      WHEREAS, on March 14, 2014 plaintiff alleged a material change in circumstances and
19 submitted new profit and loss statements for her business for a time period not previously
20 reviewed by Wells Fargo;
21      WHEREAS, Wells Fargo will proceed with a new review of plaintiff based upon her
22 alleged material change in circumstance and will continue the currently scheduled trustee's sale
23 accordingly;
24      WHEREAS, since the currently scheduled trustee's sale is being continued, there is no
25 need for an application for a temporary restraining order; and
26      WHEREAS, plaintiff has requested an additional six months to file her first amended
27 complaint and Wells Fargo has no objection to the requested extension.
28 ///

## STIPULATION

**IT IS HEREBY STIPULATED** as follows, subject to the Court's consent:

Plaintiff shall have until September 17, 2014 to file her first amended complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 17, 2014

By: /s/ Robert Bloom
Robert Bloom
bbloom222@hotmail.com.com
Attorney for Plaintiff
JO ANN KINSTON

Respectfully submitted,

Dated: March 17, 2014

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Kenneth A. Franklin
Kenneth A. Franklin
kfranklin@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo Home Mortgage") ("Wells Fargo")

## ORDER

The above stipulation is hereby approved by the Court. Plaintiff's first amended complaint shall be filed on or before September 17, 2014.

**IT IS SO ORDERED.**

DATED: 3/18/14

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE