ROBERT BLOOM
Attorney for Plaintiff
1514 10th Street
Berkeley, CA 94710

510-898-1928

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANN KINGSTON,      x    Case No. 3:13-CV-04181 JD

   Plaintiff,                      REQUEST BY PLAINTIFF'S ATTORNEY TO APPEAR BY TELEPHONE

WELLS FARGO HOME           HEARING DATE
MORTGAGE,                        MARCH 18, 2015
   Defendant

_____x

Plaintiff respectfully requests that her attorney, Robert Bloom, be permitted to appear by telephone for the March 18, 2015 hearing.

1

I am age 77 and I underwent spine surgery last year. I had a painful flare-up last night that makes it extremely difficult for me to drive from my residence in Berkeley and to appear in person in court today.

I respectfully request permission to appear by telephone today at 10 AM. It would be greatly appreciated. I profoundly apologize for the last minute notice.

Respectfully submitted,

/s/ Robert Bloom, Attorney for

Plaintiff

March 18, 2015

(7:30 AM)