UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN KINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>    Defendant. | Case No. 13-cv-04181-JD   (MEJ)<br><br>**NOTICE OF ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 64 |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 15, 2015, at 10:30 a.m., in Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 has been **continued until October 14, 2015, at 10:00 a.m**., in Chambers.  The Court has been advised that Plaintiff is not available.  The Court **shall not** go forward with the Settlement Conference without Plaintiff's personal appearance.  Therefore, Plaintiff shall make herself available on October 14, 2015 or notify the Court **immediately** if that date is not agreeable with Plaintiff's schedule.

Settlement Conference statements, if not previously submitted, are due October 7, 2015. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge MARIA-ELENA JAMES 's chambers immediately if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge