UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN KINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>    Defendant. | Case No. 13-cv-04181-JD<br><br>**JUDGMENT** |

On May 13, 2016, the Court dismissed the complaint in this case for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 76. Plaintiff Kingston was given until June 9, 2016 to file an amended complaint, and has not done so, effectively submitting to the order of dismissal. Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Jo Ann Kingston.

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
JAMES DONATO
United States District Judge